IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 7:19-CV-00309 |
| | § | |
| EDINBURG CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br>    Defendant | §<br>§<br>§<br>§ | |

## NOTICE OF APPEARANCE

Please take notice that AARON I. VELA enters his appearance as co-counsel for Plaintiff. Please serve a copy of all notices, correspondence, pleadings, or orders on Mr. Vela, who is admitted to practice in this Court, at the following address: Aaron I. Vela, 200 East Cano St., Edinburg, Texas 78539, Telephone Number (956) 381-4440, Facsimile Number (956) 381-4445, Email: aaron@velalaw.com.

                                                Respectfully submitted

**LAW OFFICE OF AARON I. VELA, P.C.**
200 East Cano
Edinburg, Texas 78539
Telephone (956) 381-4440
Facsimile (956) 381-4445
Email: aaron@velalaw.com

By: _____/s/Aaron I. Vela_____
      Aaron I. Vela
      State Bar No. 00797598
      Federal ID No. 244107

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record in accordance with Federal Rules of Civil Procedure on October 1, 2019.

                                             _/s/Aaron I. Vela_
                                           Aaron I. Vela