

**From:** Cornelia Brandfield-Harvey <cbrandfieldharvey@txattorneys.com>
**Subject: Re: Jane Doe v. Edinburg CISD**
**Date:** April 27, 2020 at 10:43:52 AM CDT
**To:** Eddie Garza <eddie@esparzagarza.com>
**Cc:** Araceli Ortega <araceli@esparzagarza.com>, Leticia De La Cruz <LeDelacruz@txattorneys.com>, Claribel Tamez <Ctamez@txattorneys.com>, Anthony Buzbee <Tbuzbee@txattorneys.com>

Can you also please advise as to the status of the additional documents for their personnel files as well as other remaining supplemental documents in response to Plaintiff's requests?

**Cornelia Brandfield-Harvey**
*Associate Attorney*
**The Buzbee Law Firm**
JP Morgan Chase Tower
600 Travis St., Suite 7300
Houston, TX  77002
(713) 223-5393
(713) 223-5909 - fax
cbrandfieldharvey@txattorneys.com