# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| JANE DOE, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CA NO. 7:19-CV-00309 |
| § | |
| § | |
| § | |
| EDINBURG CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| § | |
| *Defendant.* § | |

## **ORDER**

After considering Plaintiff's Motion to Compel, Defendant's Response, arguments of counsel, if any, the pleadings, and other evidence on file, this Court is of the opinion that Plaintiff's Motion to Compel should be GRANTED.

It is so ordered.

Defendant will supplement discovery requests as outlined in the motion within _____ days of this order.

Signed _____, 2020.


_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE