IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00309 |
| | § | (JURY REQUESTED) |
| | § | |
| EDINBURG CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
|     Defendant | § | |

**DEFENDANT'S EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

To: Plaintiff by and through her attorney of record:

    Anthony G. Buzbee
    Cornelia Brandfield-Harvey
    The Buzbee Law Firm
    600 Travis, Suite 7300
    Houston, Texas 77002

    COMES NOW, EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendant in the above-styled and numbered cause and pursuant to Rule 197 of the Texas Rules of Civil Procedure attached hereto makes the following responses and objections to Plaintiff's Second Set of Interrogatories. Defendant reserves the right to supplement, modify or amend the information provided below.

    Signed on **January 17, 2020.**

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773


By: /s/ Eduardo G Garza
    Eduardo G Garza
    State Bar No. 00796609
    eddie@esparzagarza.com
    Roman "Dino" Esparza
    State Bar No. 00795337
    dino@esparzagarza.com
    **Attorneys for Defendant**


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **January 17, 2020**, a true and correct copy of the foregoing **Defendant's Edinburg Consolidated Independent School District Responses to Plaintiff's Second Set of Interrogatories** has been served on all attorneys of record as noted below:

**Via Regular Mail**
**And E-Mail**
Anthony G. Buzbee
Cornelia Brandfield-Harvey
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002

**Via E-mail and**
**Regular Mail**
Aaron I. Vela
Law Office of Aaron I. Vela, P.C.
200 East Cano
Edinburg, Texas 78539


By: /s/ Eduardo G Garza
    Eduardo G Garza

# INTERROGATORIES

16. Identify the person(s) who had keys to any of the doors for the Robert Vela school campus.

**ANSWER:**
The three custodians (Bernie Salas, Maria Alaniz and Pedro Munoz) of the school had keys to all areas. Teachers have a key to their room only. Mr. Badillo did not have a permanent room and therefore did not have a key to any room.

17. Identify all keys that were given by you to Badillo, and describe which doors they opened.

**ANSWER:**
None.

18. Describe all policies regarding your employees' access to locked rooms on the Robert Vela campus and the reasons for allowing access to those rooms.

**ANSWER:**
If someone needs access to a locked room (i.e. substitute teacher) custodians are called to open the room in question.

19. State whether Badillo had a key to any classroom(s) or storage room(s) on the Robert Vela campus.

**ANSWER:**
No.

20. Identify all persons that served as the principal of Robert Vela High School during the 2016-2017 school year, and provide the dates of the service as principal.

**ANSWER:**
Sylvia Ledesma

21. State the reasons for the replacement of any person that served as the Robert Vela principal during the 2016-2017 school year.

**ANSWER:**
Not applicable.

22. Identify each time that Jane Doe was removed from her classroom in the 2016-2017 school year, include the 1) date she was removed, 2) the person who removed her, and 3) the location that she was moved to.

**ANSWER:**
Jane Doe was excused from Ms. Noemi Vela's class on one occasion after being told by that she needed to complete a project she was working on for Mr. Badillo's class.

Jane Doe was excused from Ms. Alyssa Ramirez' class on one occasion after Badillo asked if she could be excused to work on a project for Business Information class. She was gone for about 5 minutes and was escorted from the class by a police officer after she returned.

23. Identify all of your policies that serve to, or are intended to, prevent a student from being left alone with an adult.

**ANSWER:**
Policies responsive to this interrogatory are attached. Defendant would further refer Plaintiff to the exhibits produced in response to requests for production.

24. Identify all of your policies that serve to, or are intended to, specifically address sexual abuse and the protection of students.

**ANSWER:** Policies responsive to this interrogatory are attached. Defendant would further refer Plaintiff to the exhibits produced in response to requests for production.