EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JANE DOE § | |
|     Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-00309 |
| § | (JURY REQUESTED) |
| § | |
| EDINBURG CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
|     Defendant § | |

**DEFENDANT'S EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION**

To:    Plaintiff by and through her attorney of record:

    Anthony G. Buzbee
    Cornelia Brandfield-Harvey
    The Buzbee Law Firm
    600 Travis, Suite 7300
    Houston, Texas 77002

    COMES NOW, EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendant in the above-styled and numbered cause and pursuant to Rule 196 of the Texas Rules of Civil Procedure attached hereto makes the following supplemental responses and objections to Plaintiff's Second Set of Request for Production. Defendant reserves the right to supplement, modify or amend the information provided below.

    Signed on **February 25, 2020.**

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773


By: /s/ Eduardo G Garza_____
    Eduardo G Garza
    State Bar No. 00796609
    eddie@esparzagarza.com
    Roman "Dino" Esparza
    State Bar No. 00795337
    dino@esparzagarza.com
    **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **February 25, 2020,** a true and correct copy of the foregoing **Defendant's Edinburg Consolidated Independent School District Supplemental Responses to Plaintiff's Second Set of Request for Production** has been served on all attorneys of record as noted below:

**Via E-Mail**
Anthony G. Buzbee
Cornelia Brandfield-Harvey
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002

**Via E-Mail**
Aaron I. Vela
Law Office of Aaron I. Vela, P.C.
200 East Cano
Edinburg, Texas  78539


By: /s/ Eduardo G Garza\_\_\_\_\_
    Eduardo G Garza

## SUPPLEMENTAL RESPONSES TO SECOND REQUESTS FOR PRODUCTION TO DEFENDANT EDINBURG CISD

28.     The affidavit provided to Ms. Culberson and/or an officer regarding Badillo's inappropriate conduct towards another female student in 2017.

**RESPONSE:**
Please see Exhibit N.