IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE<br>　　Plaintiff | § § § | |
| VS. | § § § | CIVIL ACTION NO. 7:19-CV-00309<br>(JURY REQUESTED) |
| EDINBURG CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br>　　Defendant | § § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION AND SECOND REQUESTS FOR PRODUCTION

BE IT REMEMBERED that on this _____ day of _____, 2020, came on for consideration Plaintiff's Motion to Compel Defendant to Respond to First Set of Interrogatories, First Requests for Production and Second Requests for Production in connection with the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be DENIED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Plaintiff's Motion to Compel Defendant to Respond to First Set of Interrogatories, First Requests for Production and Second Requests for Production be and is hereby DENIED.

SIGNED ON this _____ day of _____, 2020.

_____
Ricardo H. Hinojosa
UNITED STATES DISCTRICT JUDGE