UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jane Doe

v.                                            Case Number: 7:19–cv–00309

Edinburg Consolidated Independent
School District

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**
      Bentsen Tower
      1701 W. Hwy. 83
      McAllen, Texas 78501

**DATE:**     6/25/2020

**TIME:**     04:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing

Date:   June 4, 2020

                                            David J. Bradley, Clerk