IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00309 |
| | § | (JURY REQUESTED) |
| | § | |
| EDINBURG CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
|     Defendant | | |

**ORDER GRANTING EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO QUASH DEPOSITION BY WRITTEN QUESTIONS**

On this _____ day of _____, 2020, came on for consideration

**EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO**

**QUASH DEPOSITION BY WRITTEN QUESTIONS**.  After considering same, the Court is

of the opinion that said Motion should be GRANTED.  It is further ordered that the Deposition

by Written Questions Issued to Edinburg Consolidated Independent School District is hereby

**QUASHED**.

    Signed this _____ day of _____, 2020.

_____
United States District Judge