# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00309 |
| | § | (JURY REQUESTED) |
| | § | |
| EDINBURG CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
|     Defendant | § | |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

To:    Defendant by and through Defendant's attorney of record:

    **Esparza & Garza, L.L.P.**
    **964 E. Los Ebanos**
    **Brownsville, Texas 78520**

Plaintiff Jane Doe serves her responses to Defendant Edinburg Consolidated Independent School District's First Set of Interrogatories.

                      Respectfully submitted,

                      **THE BUZBEE LAW FIRM**

                By:    */s/ Anthony G. Buzbee*
                        Anthony G. Buzbee
                        State Bar No. 24001820
                        Federal Bar No. 22679
                        tbuzbee@txattorneys.com
                        Cornelia Brandfield-Harvey
                        State Bar No. 24103540
                        Federal Bar No. 3323190
                        cbrandfieldharvey@txattorneys.com
                        J.P. Morgan Chase Tower

        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone: (713) 223-5393
        Facsimile: (713) 223-5909
        www.txattorneys.com

        Aaron I. Vela
        LAW OFFICE OF AARON I. VELA, P.C.
        200 East Cano
        Edinburg, Texas 78539
        (956) 381-4440 – Telephone
        (956) 381-4445 – Facsimile
        aaron@velalaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document has been duly served on counsel in accordance with the Texas Rules of Civil Procedure on December 17, 2019, as set forth below:

**Via E-Mail:**
Eduardo G. Garza
Roman "Dino" Esparza
ESPARZA & GARZA, L.L.P.
964 E. Los Ebanos Blvd.
Brownsville, Texas 78520
eddie@esparzagarza.com
dino@esparzagarza.com

        */s/ Cornelia Brandfield-Harvey*
        Cornelia Brandfield-Harvey

Defendant knew of Badillo's conduct and yet did nothing to address the issue and protect Plaintiff and other students. Defendant failed to take immediate, effective remedial steps to resolve the complaints of sexual harassment and assault.

Defendant alerted Badillo of the investigation and suggested he resign before any consequences were to happen to him.

**INTERROGATORY NO. 20:**
Please identify and disclose any information related to the alleged reporting in February of 2017 of Francisco Coronado Badillo's misconduct as alleged in your complaint.

**ANSWER:**

Objection, overbroad and vague. Subject to and without waiving such objection, Plaintiff answers:

Erika Martinez reported Francisco Badillo's misconduct towards her to Ms. Culberson in February 2017. Ms. Culberson had her fill out an affidavit to memorialize this report. However, Ms. Martinez was never given a copy of her affidavit.