







**Romantic Relationships with Students ARE Prohibited**

Soliciting or engaging in a romantic relationship with a student or a minor may result in disciplinary action against a person who holds a certificate from the State Board for Educator Certification

**SOLICITING A ROMANTIC RELATIONSHIP WITH A STUDENT**

* Behavior and communications that are unrelated to the educator's job duties

* Statements of love, affection or attraction

**SOLICITING A ROMANTIC RELATIONSHIP WITH A STUDENT**

* Making sexually demeaning comments to a student

* Making comments about a student's potential sexual performance

* Requesting details of a student's sexual history









