United States District Court
Southern District of Texas

**ENTERED**
June 18, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| JANE DOE | § | |
| versus | § | CIVIL ACTION No. 7:19-CV-00309 |
| EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE OR VIDEOCONFERENCE FOR MOTION TO COMPEL HEARING (D.E.33); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).
2. ☐ Document does not comply with (L.R.11.3.A).
3. ☐ Caption of the document is incomplete (L.R.10.1).
4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).
5. ☒ Motion does not comply with L.R.7
   - a. ☒ No statement of opposition or non-opposition (L.R. 7.1.D(2)).
   - b. ☒ No statement of conference between counsel (L.R. 7.1.D(1)).
   - c. ☐ No separate proposed order attached (L.R. 7.1.C).
6. ☐ Motion to consolidate does not comply with (L.R.7.6).
7. ☐ Other:

The document is stricken from the record.

Date: 6/18/20

*Ricardo H. Hinojosa*
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE