# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| JANE DOE, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CA NO. 7:19-CV-00309 |
| § | |
| § | |
| § | |
| EDINBURG CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| § | |
| *Defendant.* § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE OR VIDEOCONFERENCE FOR MOTION TO COMPEL HEARING

This Court, having reviewed Plaintiff's Motion to Appear by Telephone or Videoconference for Motion to Compel Hearing, hereby GRANTS the Motion, and Plaintiff's counsel may appear at the Motion to Compel Hearing scheduled for June 25, 2020 at 4:00 p.m. by telephone or videoconference at a number to be provided by the Court's staff or a Zoom link to be provided by the Court's staff.

_____          _____
HONORABLE JUDGE PRESIDING                 DATE