IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00309 |
| | § | (JURY REQUESTED) |
| | § | |
| EDINBURG CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
|     Defendant | § | |

### AGREED MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND EXTEND ALL PRE-TRIAL DEADLINES AND SETTINGS-

NOW COME Jane Doe and Edinburg Consolidated Independent School District, and through their respective attorneys, and file this Agreed Motion to Extend Time to Complete Discovery and Extend All Pre-Trial Deadlines and Settings and in support thereof would respectfully show unto the Court as follows:

**PROCEDURAL BACKGROUND OF CASE AND BASIS FOR RELIEF REQUESTED**

1. On April 8, 2020, this Court entered its Scheduling Order with a discovery deadline of August 10, 2020.

2. Plaintiff and Defendant have cooperatively engaged in written discovery, but require additional time to complete and conclude certain aspects of such discovery in the form of continuing to exchange information and evidence before depositions are conducted.

3. Depositions of the parties and witnesses remain to be conducted and cannot be adequately conducted until additional written discovery has been conducted. Further, the parties believe that the scheduling of depositions will likely go beyond August 10, 2020 due to scheduling and the number of depositions being proposed.

4. All parties are in agreement to schedule depositions cooperatively and continue to exchange non-privileged discovery information, but there is insufficient time remaining during the discovery process and current settings to complete this discovery. Plaintiff and Defendant are continuing to prepare the matter for evaluation and trial within the current Court's discovery deadline order requiring that all discovery be completed by August 10, 2020. However, both Plaintiff and Defendant agree that further time to conduct discovery is necessary to adequately investigate these claims, to prepare this matter for trial and to evaluate the need for potential motions that may need to be filed before trial. The parties are in agreement to extend the discovery cut- off, pre-trial motions deadlines and court settings for this matter should the Court be inclined to grant this motion.

5. Furthermore, COVID-19 has presented significant difficulties in completing discovery and therefore additional time is needed to account for these delays as a result of the pandemic.

6. The parties respectfully request that the Court extend all current deadlines and settings by a period of sixty (60) days.

7. This motion is not made for purposes of delay but in order that justice may be done. A genuine need for the extension of the Court's deadlines exists for the purpose of conducting needed discovery and depositions, the filing of motions and the preparation for trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant jointly pray that the Court enter an order granting an extension of the Discovery and All Pre-trial Motions and Settings for this case.

Signed on August 7, 2020.

| | |
|---|---|
| */s/ Anthony G. Buzbee* | */s/ Eduardo G Garza* |
| Anthony G. Buzbee | Eduardo G Garza |
| State Bar No. 24001820 | State Bar No. 00796609 |
| Federal I.D. No. 22679 | USDC ADM. No. 20916 |
| tbuzbee@txattorneys.com | eddie@esparzagarza.com |
| Cornelia Bradfield-Harvey | Roman Esparza |
| State Bar No. 24103540 | State Bar No.  00795337 |
| Federal Bar No. 3323190 | USDC ADM. No. 22703 |
| cbrandfieldharvey@txattorneys.com | dino@esparzagarza.com |
| THE BUZBEE LAW FIRM | ESPARZA & GARZA, L.L.P. |
| 600 Travis, Suite 7300 | 964 E. Los Ebanos Blvd. |
| Houston, Texas  77002 | Brownsville, Texas  78520 |
| Telephone: (713) 223-5393 | Telephone: (956) 547-7775 |
| Facsimile: (713) 223-5909 | Facsimile: (956) 547-7773 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Aaron I. Vela
State Bar No. 00797598
aaron@velalaw.com
LAW OFFICE OF AARON I. VELA, P.C.
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445
*Attorney for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

By the undersigned signature below, Plaintiff's counsel confirms that she has conferred with counsel for Defendant and can state that the parties are in agreement and this motion is unopposed.

*/s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Plaintiff's submission of this document to the U.S. District Court electronically to the DCECF system:

*/s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey