# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CA NO. 7:19-CV-00309 |
| | § § § § | |
| EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Local Rules of the United States District Court for the Southern District of Texas, Plaintiff Jane Doe and Defendant Edinburg Consolidated Independent School District, hereby give notice to the Court that the parties have reached a settlement of this action subject to approval by the Defendant's Board of Trustees and that it is the parties' intention to consummate the settlement on or before April 15, 2021. Pursuant to the parties' agreement, the parties will file a Joint Notice and Stipulation of Voluntary Dismissal with Prejudice within one (1) business day of consummation of the settlement.

Signed on March 30, 2021.

| | |
|---|---|
| /s/ Anthony G. Buzbee | /s/ Eduardo G Garza (*with permission) |
| Anthony G. Buzbee | Eduardo G Garza |
| State Bar No. 24001820 | State Bar No. 00796609 |
| Federal I.D. No. 22679 | USDC ADM. No. 20916 |
| tbuzbee@txattorneys.com | eddie@esparzagarza.com |
| Cornelia Bradfield-Harvey | Roman Esparza |
| State Bar No. 24103540 | State Bar No.  00795337 |
| Federal Bar No. 3323190 | USDC ADM. No. 22703 |
| cbrandfieldharvey@txattorneys.com | dino@esparzagarza.com |
| THE BUZBEE LAW FIRM | ESPARZA & GARZA, L.L.P. |
| 600 Travis, Suite 7300 | 964 E. Los Ebanos Blvd. |
| Houston, Texas  77002 | Brownsville, Texas  78520 |
| Telephone: (713) 223-5393 | Telephone: (956) 547-7775 |
| Facsimile: (713) 223-5909 | Facsimile: (956) 547-7773 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Aaron I. Vela
State Bar No. 00797598
aaron@velalaw.com
LAW OFFICE OF AARON I. VELA, P.C.
200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 30, 2021 pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Plaintiff's submission of this document to the U.S. District Court electronically to the DCECF system:

                                          */s/ Cornelia Bradfield-Harvey*
                                            *Cornelia Bradfield-Harvey*