United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JANE DOE<br>    Plaintiff<br><br>VS.<br><br><br>EDINBURG CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br>    Defendant | §<br>§<br>§<br>§  CIVIL ACTION NO. 7:19-CV-00309<br>§  (JURY REQUESTED)<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Plaintiff Jane Doe and Defendant Edinburg Consolidated Independent School District, by and through their attorneys of record, have informed the Court that this matter has been resolved. Plaintiff and Defendant have prayed that all causes as to this named Defendant be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Jane Doe's cause be dismissed as to Defendant Edinburg Consolidated Independent School District with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed this 12th day of April, 2021.

Ricardo H. Hinojosa
PRESIDING JUDGE

Page 4